IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Deneka Bluitt Julieta Cruz Jacquelyn Haidle Michelle Stark | : : : : : : : | CIVIL ACTION NOs.: 1:21-cv-03568-LMM 1:21-cv-03630-LMM 1:22-cv-00046-LMM 1:22-cv-00671-LMM 1:22-cv-02213-LMM 1:23-cv-00203-LMM 1:23-cv-00387-LMM 1:23-cv-01241-LMM |

## ORDER

Defendants have identified the Plaintiffs listed below as having duplicative cases. In accordance with the Court's Case Management Order Regarding Direct Filing, Dkt. No. [129], each Plaintiff below is **ORDERED** to show cause within **10 days** as to why the second filed case should not be dismissed without prejudice.

| Plaintiff | Cause # | Date Filed | Firm |
|---|---|---|---|
| Deneka Bluitt | 1:21CV03630 | 9/1/21 | Parafinczuk Wolf |
| Deneka Bluitt | 1:22CV00046 | 1/5/22 (transferred) | Milberg Coleman Porter & Malouf |
| Julieta Cruz | 1:22CV00671 | 2/17/22 | Cohen Hirsch |
| Julieta Cruz | 1:22CV02213 | 6/3/22 | Schneider Hammers |
| Jacquelyn Haidle | 1:23CV00387 | 1/25/23 | The Driscoll Firm |
| Jacquelyn Haidle | 1:23CV00203 | 1/16/23 | Keller Postman Yaeger Law |
| Michelle Stark | 1:21CV03568 | 8/27/21 | Brown & Crouppen |
| Michelle Stark | 1:23CV01241 | 3/23/23 | Schneider Hammers |

**IT IS SO ORDERED** this 13th day of December, 2024.

_____
**Leigh Martin May
United States District Judge**